RECEIVED
APR 16 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| STEVEN W. ARNOLD,<br>    Petitioner | CIVIL ACTION 12-0045<br>SECTION "P" |
| VERSUS | JUDGE James Trimble, Jr. |
| ASK-CARLSON, WARDEN,<br>    Respondent | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Arnold's Section 2241 petition attacking his federal convictions and sentences is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 16th day of April, 2012.

~~DEE D. DRELL~~ JAMES TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE